JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TAPIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUBARU OF AMERICA, INC., and DOES 1 through 10, Inclusive;<br><br>　　　　Defendants. | Case No: 5:23-cv-01239 -SPG-KS<br><br>**ORDER FOR DISMISSAL** |

　　Pursuant to the Stipulation for Dismissal between Plaintiff Joseph Tapia and Defendant Subaru of America, Inc. the above-captioned action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: June 6, 2024

_____
HON. SHERILYN PEACE GARNETT
U.S. District Court Judge